# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

PAUL H. PELTERS, et al.,               )
                                        )
    Plaintiffs,     )
                                        )    CIVIL CASE NO. 3:13-00979
v.                                      )    Chief Judge Haynes
                                        )
AMERIDOSE, LLC, et al.,                 )
                                        )
    Defendants,     )

## O R D E R

Pursuant to the Conditional Transfer of the Judicial Panel on Multidistrict Litigation in In re New England Compounding Pharmacy, Inc., MDL-2419, the Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings.

If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then any party may move to reopen this action.

It is so **ORDERED**.

**ENTERED** this the _21st_ day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court